No. 95–1081. INGALLS SHIPBUILDING, INC., ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL., 519 U. S. 248. Motion of respondent Maggie Yates for attorney's fees and expenses denied without

prejudice to refiling in the United States Court of Appeals for the Fifth Circuit.